UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JUDITH LUCKE, ALICE M. LUCKE,

        **Plaintiffs,**

        **v.**                    **Civil No. 08-339-AA**

FIRSTSOURCE ADVANTAGE, LLC,

        **Defendant.**

## JUDGMENT

This action is dismissed with prejudice and without attorney fees or costs to any party.

Dated: June 17, 2008.

SHERYL MC CONNELL, CLERK

by:    /s Leslie Engdall
         Leslie Engdall, Deputy

**JUDGMENT**                      **DOCUMENT NO:** _____